IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GREGORY SILVERMAN and )
CASSIE SILVERMAN )
)
    Plaintiffs, )
)
    v. )    1:08CV155
)
UNITED STATES OF AMERICA )
)
    Defendant. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant United States of America and this action is hereby **DISMISSED WITH PREJUDICE**.

This the 7th day of January, 2011.

                                                           /s/ William L. Osteen, Jr.
                                                       United States District Judge

FILED JAN -7 2011